## Kuntz *v.* Waldameer Co., Appellant (No. 2).

OPINION BY HEAD, J., October 8, 1917:

The questions involved in this appeal are identical with
those disposed of in the appeal of Louisa Kuntz, No.
185, April Term, 1917, in which an opinion has this
day been handed down, ante, page 73.

For the reasons there given the assignments of error
must be overruled.

Judgment affirmed.